**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**STANLEY ELLIS RAWLS**                                                              **PLAINTIFF**

**V.**                                            **CAUSE NO. 3:19-CV-839-CWR-LRA**

**LAVONNE WALLS, et al.**                                            **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMEDATION**

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on November 16, 2020. Docket No. 51. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with Local Rule 72. *Id.*; *see* 28 U.S.C. § 636.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the Defendants' motions for summary judgment are granted and dismissed with prejudice, and the claims against Defendants Cynthia Griffin and Captain Arnold are dismissed without prejudice, for failure to follow the Court's orders. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 15th day of December, 2020.

                                                                s/ Carlton W. Reeves
                                                                UNITED STATES DISTRICT JUDGE